UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS CURSI,

       Plaintiff,                          Case No. 15-13413
                                                 Hon. Matthew F. Leitman

v.

NCB MANAGEMENT SERVICES, INC., et al.,

       Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED with prejudice and without attorney's fees.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: January 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2016, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                                 Case Manager
                                                 (313) 234-5113